McNEES WALLACE & NURICK LLC
Jonathan H. Rudd | PA Attorney ID No. 56880
Ashley Nichols Weber | PA Attorney ID No. 311784
Lauren Anthony | PA Attorney ID No. 324557
100 Pine Street, P.O. Box 1166
Harrisburg, PA 17108-1166
Phone: (717) 232-8000
jrudd@mcneeslaw.com
anicholsweber@mcneeslaw.com
lanthony@mcneeslaw.com                                              *Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GREAT COASTERS INTERNATIONAL, INC., | : |
| Plaintiff, | : |
| v. | : Case No. 4:23-cv-01130-MWB |
| | : |
| F.L.W. WOOD PRODUCTS, INC., d/b/a FLW INTERNATIONAL, | : |
| Defendant. | : |

**JOINT STATUS REPORT**

Plaintiff Great Coasters International, Inc. ("Plaintiff" or "GCII") and Defendant F.L.W. Wood Products, Inc., d/b/a FLW International ("Defendant" or "FLW"), by and through their respective attorneys, jointly submit the instant status report and state as follows:

1. This action was commenced with the filing of a Complaint by Plaintiff against Defendant on July 6, 2023, asserting one count for breach of

contract.  The dispute between the parties involves the supply and shipment of lumber by FLW for four separate roller coasters constructed by GCII.

2.  The Court entered a Case Management Order on September 28, 2023, placing this case on the February 2025 trial list.  (Doc. No. 12.)

3.  In an Order dated March 22, 2024, following a discovery conference with the parties wherein the parties notified the Court of their request to take part in the Court's mediation program, the Court issued an Order with revised case management deadlines.  (Doc. No. 18.)

4.  The Court's March 22, 2024 Order set forth a discovery deadline of August 5, 2024, canceled the dispositive motions deadline and expert report deadlines pending the outcome of mediation, removed the action from the February 2025 trial list pending the outcome of mediation, and canceled other trial-related deadlines.  (Doc. No. 18.)

5.  On the same date, the Court referred this action to mediation before Attorney David A. Fitzsimons in accordance with this Court's Court-Annexed Mediation Program.  (Doc. No. 19.)

6.  On June 27, 2024, a mediation took place before Attorney Fitzsimons.

7.  While the mediation did not result in a resolution on June 27, 2024, Attorney Fitzsimons has remained involved and has been working with the parties to determine if this action can be resolved.

8. Although summer vacations impacting counsel's availability to engage with the mediator for purposes of these discussions have delayed this process, the parties anticipate knowing whether this action will be resolved by the end of August of 2024.

9. Accordingly, given that August 5, 2024, is currently the deadline for the close of discovery in this case, the parties wish to inform the Court of their ongoing efforts to determine if this matter can be resolved and respectfully propose that the parties file a new proposed Joint Case Management Plan and/or proposed scheduling order by September 6, 2024 if this action has not resolved by that date.

Respectfully submitted,

| McNEES WALLACE & NURICK LLC | GOLDBERG SEGALLA |
|---|---|
| By: /s/ Jonathan H. Rudd<br>Jonathan H. Rudd, Esquire<br>Ashley Nichols Weber, Esquire<br>Lauren Anthony, Esquire<br>100 Pine Street<br>P.O. Box 1166<br>Harrisburg, PA 17108<br>(717) 232-8000<br>jrudd@mcneeslaw.com<br>anicholsweber@mcneeslaw.com<br>lanthony@mcneeslaw.com<br><br>*Attorneys for Plaintiff* | By: /s/ Seth Laver, Esquire<br>Seth Laver, Esquire<br>Michael P. Luongo, Esquire<br>1700 Market Street, Suite 1418<br>Philadelphia, PA 19103-3907<br>slaver@goldbergsegalla.com<br>mluongo@goldbergsegalla.com<br><br>*Attorneys for Defendant* |

Date:   August 5, 2024

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date, a true and correct copy of the foregoing document was served the via the Court's ECF system upon all counsel of record.

Date:  August 5, 2024

/s/ Jonathan H. Rudd
Jonathan H. Rudd